IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03020-CMA-KLM

USA,

      Plaintiff,

v.

2006 DODGE RAM 3500, VIN 3D7MX48CX6G265487,

      Defendant.

CRAIG FURTH,

      Interested Party.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the Claim [#10] submitted by Craig Furth.

     IT IS HEREBY **ORDERED** that a Status Conference is scheduled for **March 26, 2013** at **9:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

     Dated:  February 21, 2013