IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03020-CMA-KLM

USA,

    Plaintiff,

v.

2006 DODGE RAM 3500, VIN 3D7MX48CX6G265487,

    Defendant.

CRAIG FURTH,

    Interested Party.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Unopposed Motion to Vacate March 26, 2013 Status Conference** [Docket No. 15; Filed March 21, 2013] (the "Motion"). The parties state that they have reached a settlement as to all issues in this matter. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#15] is **GRANTED**. The Status Conference set for March 26, 2013 at 9:30 a.m. is **VACATED**.

    Dated:  March 21, 2013