IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-03020-CMA-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2006 DODGE RAM 3500, VIN 3D7MX48CX6G265487,

    Defendant.

_____

**FINAL ORDER OF FORFEITURE**
_____

    This matter is before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (Doc. # 14).  The Court having reviewed said Motion, FINDS:

    THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

    THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

    THAT sole claimant Craig Fruth, through Marci A. Gilligan, Esq., has filed a Claim and Answer to the United States' Verified Complaint;

    THAT no other claims to the Defendant Property have been filed;

    THAT the United States and sole claimant Craig Fruth through Marci A. Gilligan Esq., have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT upon agreement of the parties, claimant Craig Fruth agrees to forfeit to the United States, Defendant 2006 Dodge Ram 3500, VIN 3D7MX48CX6G265487, pursuant to 21 U.S.C. § 881, which will be disposed of in accordance with law and the terms of the parties' Settlement Agreement;

THAT upon agreement of the parties, the United States has agreed to return to claimant Craig Fruth, any net proceeds, if any, from the sale of Defendant Dodge Ram exceeding $16,000.00, after government costs associated with storage and sale of the vehicle have been paid;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of Defendant 2006 Dodge Ram 3500, VIN 3D7MX48CX6G265487 shall enter in favor of the United States;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to Defendant 2006 Dodge Ram 3500, VIN 3D7MX48CX6G265487 pursuant to 28 U.S.C. § 2465.

SO ORDERED this   21st   day of March, 2013.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge